IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEROY OWENS**                                                                                        **PLAINTIFF**

v.                             CASE NO. 4:25-cv-00954-BSM-JTK

**DOE**                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE